IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRIS GONZALEZ, et al.,<br><br>    Plaintiffs,<br>  v.<br>MAZDA MOTOR CORPORATION, et al.,<br><br>    Defendants.<br>_____ / | No. C-16-2087 MMC<br><br>**ORDER DIRECTING PLAINTIFFS TO SUBMIT CHAMBERS COPY OF DOCUMENT** |

On August 1, 2016, the above-titled action was reassigned to the undersigned.

To facilitate the Court's review of the case, plaintiffs are hereby DIRECTED to submit forthwith a chambers copy of the initial Complaint, filed April 20, 2016.

**IT IS SO ORDERED.**

Dated: August 3, 2016

                                        /s/ Maxine M. Chesney
                                      MAXINE M. CHESNEY
                                      United States District Judge