# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IRIS GONZALEZ, CHARLES BUNCH, ANNE STOM, DAVID WOODWARD, GREG THOMASON, LISA MASSA, DAN CARNEY, MEGAN HUMPHREY, LORIE BENDER, ANDREW BAUER, MATTHEW OCHMANEK, LINDA FOLEY, and LOU GRAZIANI, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MAZDA MOTOR CORPORATION and MAZDA MOTOR OF AMERICA, INC.,<br><br>Defendants. | Case No. 4:16-cv-02087-MMC<br><br>Assigned to: The Honorable Maxine M. Chesney<br><br>[PROPOSED] ORDER SETTING BRIEFING SCHEDULE AND HEARING DATE WITH RESPECT TO MOTIONS AND CONTINUING CASE MANAGEMENT CONFERENCE AND RELATED DATES |

The Court, having reviewed the Stipulation for an Order Setting a Briefing Schedule and Hearing Date with Respect to Motions and Continuing the Case Management Conference and Related Dates (the "Stipulation") filed by Defendants Mazda Motor of America, Inc. d/b/a Mazda North American Operations ("MNAO") and Mazda Motor Corporation ("MC," together with MNAO, "Defendants") and Plaintiffs Iris Gonzalez, Charles Bunch, Anne Stom, David Woodward, Greg Thomason, Lisa Massa, Dan Carney, Megan Humphrey, Lorie Bender, Andrew Bauer, Matthew Ochmanek, Linda Foley, and Lou Graziani ("Plaintiffs") (collectively, the "Parties"),* and good cause appearing therefor, **HEREBY MAKES THE FOLLOWING ORDER:**

1. The following briefing schedule and hearing date will apply to any motions Defendants may file in response to the complaint in lieu of an answer:

- Deadline for any defendant to file motions:    9/23/2016
- Deadline to file opposition to motions:    10/21/2016
- Deadline to file reply briefs:    11/11/2016
- Hearing date:    12/2/2016 @ 9:00 a.m.

2. The case management conference ("CMC") currently scheduled for October 28, 2016 is continued to ~~December 2, 2016~~ January 13, 2017 at 10:30 a.m.

3. All related CMC dates (pursuant to Rules 16 and 26 of the Federal Rules of Civil Procedure and analogous local rules) shall be extended to run from the new CMC date.

**SO ORDERED:**

Dated: September 7, 2016

Hon. Maxine M. Chesney
United States District Court Judge

* A chambers copy of the Parties' Stipulation was submitted in double-sided format. The parties are reminded that they are required to submit chambers copies in single-sided format. See Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2; Civil L.R. 3-4 (setting forth requirements for "papers presented for filing"); Civil L.R. 3-4(c)(2) (providing "text must appear on one side only").