Reset Form

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

Iris Gonzalez, et al.,                               )
                                                     )   Case No: 4:16-cv-02087
                        Plaintiff(s),                )
                                                     )   **APPLICATION FOR**
             v.                                      )   **ADMISSION OF ATTORNEY**
                                                     )   **PRO HAC VICE**
Mazda Motor Corporation, et al.                      )   (CIVIL LOCAL RULE 11-3)
                                                     )
                        Defendant(s).                )
_____        )

I, Bryan L. Clobes _____, an active member in good standing of the bar of
Pennsylvania _____, hereby respectfully apply for admission to practice *pro hac vice* in the
Northern District of California representing: _____Plaintiffs_____ in the
above-entitled action. My local co-counsel in this case is _____David C. Wright_____, an
attorney who is a member of the bar of this Court in good standing and who maintains an office
within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 1101 Market Street, Suite 2650<br>Philadelphia, PA  19107 | 2068 Orange Tree Lane, Suite 216<br>Redlands, California  92374 |
| MY TELEPHONE # OF RECORD:<br>(215) 864-2800 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(909) 557-1250 |
| MY EMAIL ADDRESS OF RECORD:<br>bclobes@caffertyclobes.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>dcw@mccunewright.com |

I am an active member in good standing of a United States Court or of the highest court of
another State or the District of Columbia, as indicated above; my bar number is: ___68151___.

A true and correct copy of a certificate of good standing or equivalent official document from said
bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the
Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated:  09/20/16                                        Bryan L. Clobes
                                                  _____
                                                         APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Bryan L. Clobes _____ is granted,
subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate
appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel
designated in the application will constitute notice to the party.

Dated: September 21, 2016

_____
UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE



𝕾𝖚𝖕𝖗𝖊𝖒𝖊 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕻𝖊𝖓𝖓𝖘𝖞𝖑𝖛𝖆𝖓𝖎𝖆

# CERTIFICATE OF GOOD STANDING

## *Bryan L. Clobes, Esq.*

### DATE OF ADMISSION

*May 28, 1993*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



**Witness my hand and official seal**
**Dated:  September 14, 2016**

Patricia A. Johnson
Chief Clerk