IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRIS GONZALEZ, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>MAZDA MOTOR CORPORATION, et al.,<br><br>    Defendants. | Case No. 16-cv-02087-MMC<br><br>**ORDER DIRECTING DEFENDANTS TO SUBMIT SINGLE-SIDED CHAMBERS COPIES OF MOTION TO DISMISS AND SUPPORTING PAPERS IN COMPLIANCE WITH CIVIL LOCAL RULES AND COURT'S STANDING ORDERS** |

On September 23, 2016, defendants Mazda Motor Corporation and Mazda Motor of America, Inc. electronically filed their "Motion to Dismiss Claims Alleged in First Amended Complaint." Defendants violated the Civil Local Rules of this District and the Court's Standing Orders, however, by failing to provide a chambers copy of the declaration of Darlene M. Cho filed in support of said motion. See Civil L.R. 5-1(e)(7) (requiring parties "to provide for chambers a paper copy of each document that is electronically filed . . . marked 'Chambers Copy'"); see also Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

Moreover, none of the chambers copies defendants did submit are in single-sided format. See Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2; Civil L.R. 3-4 (setting forth requirements for "papers presented for filing"); Civil L.R. 3-4(c)(2) (providing "text must appear on one side only").

Defendants are hereby ORDERED to comply with the Civil Local Rules and the Court's Standing Orders by immediately submitting single-sided chambers copies of the following documents: (1) "Defendants' Notice of Motion and Motion to Dismiss Claims Alleged in First Amended Complaint;" (2) "Memorandum of Points and Authorities in

1  Support of Defendants' Motion to Dismiss Claims Alleged in the First Complaint;" (3)
2  "Declaration of Darlene M. Cho in Support of Defendants' Motion to Dismiss Claims
3  Alleged in First Amended Complaint;" and (4) "[Proposed] Order Granting Defendants'
4  Motion to Dismiss Claims Alleged in First Amended Complaint."

5  Defendants are hereby advised that if they fail in the future to comply with the Civil
6  Local Rules and the Court's Standing Orders to provide a single-sided chambers copy of
7  each electronically filed document, the Court may impose sanctions, including, but not
8  limited to, striking from the record any electronically filed document for which a chambers
9  copy has not been timely provided to the Court.

10  **IT IS SO ORDERED.**

12  Dated: September 27, 2016

_____
MAXINE M. CHESNEY
United States District Judge