1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IRIS GONZALEZ, CHARLES BUNCH, ANNE STOM, DAVID WOODWARD, GREG THOMASON, LISA MASSA, DAN CARNEY, MEGAN HUMPHREY, LORIE BENDER, ANDREW BAUER, MATTHEW OCHMANEK, LINDA FOLEY, and LOU GRAZIANI, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MAZDA MOTOR CORPORATION and MAZDA MOTOR OF AMERICA, INC.,<br><br>Defendants. | Case No. 3:16-cv-02087-MMC<br><br>Assigned to: The Honorable Maxine M. Chesney<br><br>[PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE |

The Court, having reviewed the parties' Joint Stipulation to Reschedule the Case Management Conference, and good cause appearing therefor, **HEREBY MAKES THE FOLLOWING ORDER:**

1. The January 13, 2017 case management conference presently scheduled in this action is off calendar.

2. The Court will issue an order rescheduling the case management conference to a date ~~within two weeks~~ following the ruling on the motion to dismiss.

3. All related case management conference dates (pursuant to Rules 16 and 26 of the Federal Rules of Civil Procedure and analogous local rules) shall be extended to run from the new case management conference date.

**SO ORDERED:**

Dated: January 5, 2017

Hon. Maxine M. Chesney
United States District Court Judge