**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IRIS GONZALEZ, CHARLES BUNCH, ANNE STOM, DAVID WOODWARD, GREG THOMASON, LISA MASSA, DAN CARNEY, MEGAN HUMPHREY, LORIE BENDER, ANDREW BAUER, MATTHEW OCHMANEK, LINDA FOLEY, and LOU GRAZIANI, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MAZDA MOTOR CORPORATION and MAZDA MOTOR OF AMERICA, INC.,<br><br>Defendants. | Case No. 3:16-cv-02087-MMC<br><br>Assigned to: The Honorable Maxine M. Chesney<br><br>[PROPOSED] **ORDER SETTING DEADLINE FOR MAZDA DEFENDANTS TO RESPOND TO PLAINTIFFS' SECOND AMENDED COMPLAINT**; DIRECTING PLAINTIFFS TO FILE SECOND AMENDED COMPLAINT |

The Court, having reviewed the parties' Joint Stipulation to Set Deadline for Mazda Defendants to Respond to Plaintiffs' Proposed Second Amended Complaint, and good cause appearing therefor, **HEREBY MAKES THE FOLLOWING ORDER:**

1. ~~Plaintiffs'~~ Plaintiffs shall file their proposed Second Amended Complaint ~~, Dkt. No. 45, is deemed filed~~ no later than March 15, 2017; and

2. The Mazda Defendants shall respond to the Second Amended Complaint on or before March 27, 2017.

**SO ORDERED:**

Dated: March 10, 2017

*/s/ Maxine M. Chesney*
Hon. Maxine M. Chesney
United States District Court Judge

---

1
ORDER SETTING DEADLINE FOR MAZDA DEFENDANTS TO RESPOND TO SECOND AMENDED COMPLAINT