IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRIS GONZALEZ, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MAZDA MOTOR CORPORATION, et al.,<br><br>Defendants. | Case No. 16-cv-02087-MMC<br><br>**SECOND ORDER DIRECTING DEFENDANTS TO SUBMIT CHAMBERS COPY IN COMPLIANCE WITH CIVIL LOCAL RULES AND COURT'S STANDING ORDERS** |

On April 17, 2017, defendants Mazda Motor Corporation and Mazda Motor of America, Inc. electronically filed their "Reply Brief in Further Support of Motion to Dismiss Claims Alleged in Second Amended Complaint." Defendants have violated the Civil Local Rules of this District and the Court's Standing Orders, however, by failing "to provide for chambers a paper copy of each document that is electronically filed . . . marked 'Chambers Copy'." See Civil L.R. 5-1(e)(7); see also Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

Defendants are hereby ORDERED to comply with the Civil Local Rules of this District and the Court's Standing Orders by immediately submitting a chambers copy of the above-referenced document.

The Court has previously advised defendants of their failure to comply with the Civil Local Rules of this District and the Court's Standing Orders in connection with earlier-filed documents. (See Order, filed Sept. 27, 2016.) Such reminder appears to have had little to no effect on compelling compliance therewith.

Parties are expected to comply with court rules without repeated reminders. Accordingly, defendants are hereby advised that the Court will impose sanctions,

including, but not limited to, striking from the record any further electronically filed document for which a chambers copy has not been timely provided to the Court.

**IT IS SO ORDERED.**

Dated: April 24, 2017

MAXINE M. CHESNEY
United States District Judge