IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRIS GONZALEZ, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>MAZDA MOTOR CORPORATION, et al.,<br><br>    Defendants. | Case No. 16-cv-02087-MMC<br><br>**ORDER VACATING HEARING ON DEFENDANTS' MOTION TO DISMISS CLAIMS ALLEGED IN SECOND AMENDED COMPLAINT** |

Before the Court is defendants Mazda Motor Corporation and Mazda Motor of America, Inc.'s motion, filed March 27, 2017, to dismiss claims alleged in plaintiffs' Second Amended Complaint. Plaintiffs have filed opposition, to which defendants have replied. Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter appropriate for determination on the parties' respective written submissions, and hereby VACATES the hearing scheduled for May 5, 2017.

    **IT IS SO ORDERED.**

Dated: May 2, 2017

MAXINE M. CHESNEY
United States District Judge