# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IRIS GONZALEZ, CHARLES BUNCH, ANNE STOM, DAVID WOODWARD, GREG THOMASON, LISA MASSA, DAN CARNEY, MEGAN HUMPHREY, LORIE BENDER, ANDREW BAUER, MATTHEW OCHMANEK, LINDA FOLEY, and LOU GRAZIANI, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MAZDA MOTOR CORPORATION and MAZDA MOTOR OF AMERICA, INC.,<br><br>Defendants. | Case No. 3:16-cv-02087-MMC<br><br>Assigned to: The Honorable Maxine M. Chesney<br><br>**[PROPOSED] ORDER SETTING DEADLINE AND BRIEFING SCHEDULE RE: DEFENDANTS' MOTION TO DISMISS THIRD AMENDED COMPLAINT AND RESCHEDULING SEPTEMBER 1, 2017 CASE MANAGEMENT CONFERENCE AND RELATED CASE MANAGEMENT DEADLINES** |

**ORDER**

The Court, having reviewed the parties' Joint Stipulation Setting Deadline and Briefing Schedule re: Defendants' Motion to Dismiss Third Amended Complaint and for Order Re-scheduling September 1, 2017 Case Management Conference and Related Case Management Deadlines, and good cause appearing therefor, **HEREBY MAKES THE FOLLOWING ORDER:**

1. The September 1, 2017 case management conference presently scheduled in this action is off calendar. The Court will issue an order rescheduling the case management conference to a date within two weeks following a ruling on Mazda's contemplated motion to dismiss the third amended complaint, the Court's calendar so permitting.

2. All related case management conference dates (pursuant to Rules 16 and 26 of the Federal Rules of Civil Procedure and analogous local rules) shall be extended to run from the new case management conference date.

3. The following deadlines and briefing schedule shall apply to Mazda's motion to dismiss the third amended complaint:

| Deadline for Mazda to file motion: | Sept. 8, 2017 |
| Deadline for Plaintiffs to file opposition: | Sept. 22, 2017 |
| Deadline for Mazda to file reply: | Sept. 29, 2017 |

**SO ORDERED:** It is further ordered that, in light of the Court's calendar, the hearing on Mazda's motion is set for October 27, 2017, at 9:00 a.m.

Dated: August 25, 2017

Hon. Maxine M. Chesney
United States District Court Judge

219064134